IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2018 MAY 30 PM 3:48
PETER OPPENEER
CLERK US DIST COURT
W D OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 18 CR 81 JDP |
| ANDREW STEISKAL, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2252 (a)(2) |
| | 18 U.S.C. § 2252 (a)(4)(B) |
| Defendant. | 18 U.S.C. § 2252 (b)(2) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 22, 2017, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, STEISKAL used a Samsung Galaxy S7 cellular phone to produce a visual depiction, a video with a file name that includes the time 12:03:34, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 2

On or about November 22, 2017, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, STEISKAL

used a Samsung Galaxy S7 cellular phone to produce a visual depiction, a video with a file name that includes the time 12:05:39, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 3

On or about November 22, 2017, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, STEISKAL used a Samsung Galaxy S7 cellular phone to produce a visual depiction, a video with a file name that includes the time 12:28:13, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 4

On or about November 22, 2017, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, STEISKAL used a Samsung Galaxy S7 cellular phone to produce a visual depiction, a video with a file name that begins with e9749, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 5

On or about January 9, 2018, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly distributed visual depictions using any means or facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions were of such conduct. Specifically, STEISKAL sent Minor B a DropBox link called "Folder" which contained numerus visual depictions of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 6

On or about January 17, 2018, in the Western District of Wisconsin, the defendant,

ANDREW STEISKAL,

knowingly possessed a Samsung Galaxy S7 containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically the Samsung Galaxy S7, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, the depictions were of such conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1-6 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251(a), 2252(a)(2), and 2252(a)(4)(B), the defendant,

ANDREW STEISKAL,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained.

(2) Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including a Samsung Galaxy S7.

A TRUE BILL

_____
PRESIDING JUROR

_____
SCOTT C. BLADER
United States Attorney

Indictment returned: 5/30/18

4